**CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

Arthur G. Connolly, III
Partner
TEL (302) 888-6318
FAX (302) 658-0380
EMAIL AConnollyIII@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

March 29, 2012

**BY E-FILING**

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 2325
Wilmington, DE 19801-3555

      Re:   *IpLearn, LLC v. LearnShare, L.L.C.*,
              C.A. No. 11-896 (RGA)

Dear Judge Andrews:

      I write on behalf of Plaintiff IpLearn, LLC ("IpLearn") in response to the Court's March 19, 2012 Order to apprise the Court as to the status of the case.

      Since shortly after the filing of IpLearn's complaint, IpLearn and defendant LearnShare, L.L.C. ("LearnShare") have participated in several settlement discussions. Although the parties have yet to reach an agreement resolving their respective concerns, the discussions have proceeded beyond the preliminary stages and are ongoing. As a result, the parties are jointly filing concurrently herewith a request for a further extension of time for LearnShare to respond to the complaint. IpLearn regrets any inconvenience caused by the timing of this current joint request for an extension of time, but assures the Court that the IpLearn is diligently attempting to resolve the parties' disputes without further imposing on the Court. An Order extending LearnShare's time to respond to the complaint to April 12, 2012, as requested in the parties' joint stipulation, would facilitate those efforts.

      Should Your Honor have any questions or require additional information, we are available at the convenience of the Court.

                  Respectfully submitted,

                  */s/ Arthur G. Connolly, III*

                  Arthur G. Connolly, III

AGC, III/
Enclosure