**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Arthur G. Connolly, III
Partner
TEL (302) 888-6318
FAX (302) 658-0380
EMAIL AConnollyIII@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

April 26, 2012

**BY E-FILING**

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 2325
Wilmington, DE 19801-3555

        Re:    *IpLearn, LLC v. LearnShare, L.L.C.,*
                C.A. No. 11-896 (RGA)

Dear Judge Andrews:

    I write on behalf of Plaintiff IpLearn, LLC ("IpLearn") in response to the Court's April 16, 2012 Order to apprise the Court as to the status of the case.

    IpLearn and defendant LearnShare, L.L.C. ("LearnShare") have reached a mutual agreement that resolves the issues in dispute. The parties are in the process of finalizing their agreement, and performing their obligations under the agreement. IpLearn expects to file a notice of dismissal no later than May 15, 2012. IpLearn therefore respectfully requests that the Court give the parties until at least that date to conclude this action.

    Should Your Honor have any questions or require additional information, we are available at the convenience of the Court.

                                Respectfully submitted,

                                */s/ Arthur G. Connolly, III*

                                Arthur G. Connolly, III (#2667)

AGC, III/kc