**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IpLearn, LLC,<br><br>    Plaintiff,<br>  v.<br><br>LearnShare, L.L.C.,<br><br>    Defendant. | C.A. No. 11-896-LPS<br><br>JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE THAT Jeremy D. Anderson, Esquire hereby withdraws as counsel to Plaintiff IpLearn, LLC in the above-captioned matter. Arthur G. Connolly, III, Esquire and Kristen Healey Cramer, Esquire, Members of the Bar of this Court, shall remain counsel of record to Plaintiff.

April 27, 2012

Of Counsel:

Marc A. Fenster
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)
mfenster@raklaw.com

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ *Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 302-888-6318 (phone)
(302) 255-4318 (fax)
aconnollyIII@cblh.com
kcramer@cblh.com

*Attorneys for Plaintiff,
IpLearn, LLC*